

# Fourth Court of Appeals
## San Antonio, Texas

October 4, 2019

No. 04-19-00574-CV

**MOBILE TELECOMMUNICATIONS TECHNOLOGIES, LLC** and United Wireless
Holdings, Inc.,
Appellants

v.

**REED & SCARDINO, LLP,**
Appellees

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI20409
Honorable Larry Noll, Judge Presiding

## O R D E R

The reporter's record was originally due September 24, 2019. On September 30, 2019, the court reporter filed a notification of late record, requesting an extension until October 4, 2019 to file the record. After consideration, we **GRANT** the motion and **ORDER** the reporter's record due by **October 4, 2019**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of October, 2019.

_____
LUZ ESTRADA,
Chief Deputy Clerk